IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMAXON PHARMACEUTICALS, INC., and PROCOM ONE, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants and Counterclaim-Plaintiffs <br><br> v. <br><br> J. RETTENMAIER & SOHNE GMBH + CO. KG, <br><br> Counterclaim-Defendant. | C.A. No. 11-107 (SLR) |
| SOMAXON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., and PAR PHARMACEUTICAL COMPANIES, INC., <br><br> Defendants. | C.A. No. 11-476 (SLR) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Civil Action No. 11-107 (SLR) is consolidated with Civil Action No. 11-476 (SLR) for all purposes.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Richard L. Horwitz* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Somaxon Pharmaceuticals, Inc., ProCom One, Inc., and J. Rettenmaier & Sohne GMBH + Co. KG* | *Attorneys for Par Pharmaceuticals, Inc. and Par Pharmaceuticals Companies, Inc.* |

SO ORDERED this _____ day of June 2011.

_____